UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**SABRINA R. BROWN**,

        Plaintiff,

**v.**

        Civil No. 2:21cv69

**UNITED STATES OF AMERICA,**

        Defendants.

### JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** Defendant's Motion to Dismiss, ECF No. 3, is **GRANTED** and Plaintiff's Complaint is **DISMISSED**.

DATED: 5/10/21                                  FERNANDO GALINDO, Clerk

                                                      By       /s/      
                                                          M. Reese, Deputy Clerk